UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| DAVID RODRIGUEZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-786-RLY-WTL |
| | ) | |
| RAYTHEON TECHNICAL SERVICES | ) | |
| COMPANY, LLC, | ) | |
| Defendant. | ) | |

## JUDGMENT

The court, having this day **GRANTED** Defendant Raytheon Technical Services

Company, LLC's Motion to Dismiss, now enters judgment in its favor and against David

Rodriguez.

**SO ORDERED** this 9th day of May 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic copies to:

Dorothy D. Parson
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
dorothy.koontz@odnss.com

Norman L. Reed
reedsmithlaw@aol.com

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kenneth.siepman@odnss.com